# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROGER HIGGINBOTTOM and ROBIN
HIGGINBOTTOM,

                **Plaintiffs,**

-vs-                                  **Case No. 6:08-cv-75-Orl-31KRS**

WELLS FARGO BANK, N.A. and OPTION
ONE MORTGAGE,

                **Defendants.**

## AMENDED REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)** |
| **FILED:** | **January 17, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 6)** |
| **FILED:** | **January 31, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

In my Report and Recommendation dated January 23, 2008, I found that there was insufficient information to permit the Plaintiffs to proceed without prepayment of fees.  Doc. No. 5.  Accordingly, I recommend that the Court require the Higginbottoms to either (1) pay the full filing fee or (2) for each of them to file to proceed without prepayment of fees within eleven days from the date of the Court's order on this Report and Recommendation.  *Id*.  Since that time, Robin Higginbottom has submitted an Application to Proceed without Prepayment of Fees and Affidavit.  Doc. No. 6.

Upon review of both of the Higginbottoms' applications, I find that the information is still insufficient to make a determination.  Based on their income, the Higginbottoms do not appear to qualify for *in forma pauperis* status.  Pursuant to *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004), the Court must consider both the applicant's assets and liabilities to determine whether the applicant "is unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependants."

Accordingly, I recommend that the Court require the Higginbottoms to either (1) pay the full filing fee or (2) for each of them to file sworn statements setting forth all assets and liabilities, including monthly expenses, within eleven days from its ruling on this Report and Recommendation.  I further recommend that the Court direct the Higginbottoms to file all of the documents required by 28 U.S.C. § 1446(a) within eleven days from its ruling on this

Report and Recommendation.  If Plaintiffs fail to comply with the Court's order, the case should

be dismissed.

Failure to file written objections to the proposed findings and recommendations contained

in this report within ten (10) days from the date of its filing shall bar an aggrieved party from

attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 1, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy