# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROGER HIGGINBOTTOM and ROBIN HIGGINBOTTOM,**

       **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-75-Orl-31KRS**

**WELLS FARGO BANK, N.A. and OPTION ONE MORTGAGE,**

       **Defendants.**

_____

# ORDER

This cause comes before the Court on the Amended Application to Proceed *In Forma Pauperis* (Doc. No. 6) filed January 31, 2008.

On February 1, 2008, the United States Magistrate Judge issued a report (Doc. No. 9) recommending that the motion be denied. The Plaintiffs attempted to pay the filing fee on February 19, 2008, but the check was unsigned.   Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.　　The Amended Application to Proceed *In Forma Pauperis* is **DENIED**.  The Plaintiffs shall have 11 days from the date of this order to pay the filing fee OR file a renewed application to proceed *in forma pauperis* with all the supporting documents required by 28 U.S.C. § 1446(a).  Failure to comply with this order may result in a dismissal of the case without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 20th day of February, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE